# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2005

128820

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RANDIE GRIER,
      Plaintiff-Appellant,

v

        SC: 128820
        COA: 252819
        Wayne CC: 02-218172-CK

EXCLUSIVE REALTY, CHARLES MADY,
JR., THOMAS CASEY, and Estate of CLEMENS
MEIER, Deceased,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

t1121